UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | | |
|---|---|---|
| RANDALL M. SMITH | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2:16-CV-1051 |
| | ) | JRG-RSP |
| v. | ) | |
| | ) | |
| JP MORGAN CHASE BANK, N.A., | ) | |
| QUALITY RECOVERY SERVICE, INC., | ) | |
| AND ALS RESOLVION, LLC | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Joint Motion to Dismiss be granted and that Plaintiff, Randall M. Smith's causes of action against Defendants, JP Morgan Chase Bank, N.A., Quality Recovery Service, Inc., and ALS Resolvion, LLC are hereby dismissed with prejudice with all costs of court to be bourne by the party incurring same.

**SIGNED this 30th day of November, 2017.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE